# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MARY JANE SCHNEIDER, | : No. 309 WAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Petition for Leave to Append the Text of the Statute are DENIED.